**Travis Mandell KEMP, a/k/a Travis Kemp, Plaintiff—Appellant,**

v.

**Officer JOHNSON, GCDC; Phillip Anderson, Greenwood County Detention Center; Sharon Middleton, Cpt. GCDC; Luke Lark, Lt. GCDC; Officer Brooks, GCDC, Defendants—Appellees.**

No. 12–6405.

United States Court of Appeals, Fourth Circuit.

Submitted: July 17, 2012.

Decided: Aug. 6, 2012.

Travis Mandell Kemp, Appellant Pro Se. William Henry Davidson, II, Joel Steve Hughes, Davidson & Lindemann, PA, Columbia, South Carolina; Kristy Grafton Goldberg, Columbia, South Carolina, for Appellees.

Before KING and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Travis Mandell Kemp appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983

(2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Kemp v. Johnson,* No. 1:09–cv–03195–TLW, 2012 WL 359725 (D.S.C. Feb. 2, 2012). We deny Kemp's motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*